# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-8003**                    **September Term, 2025**

**1:21-cv-00400-APM**

**Filed On:** June 4, 2026

In re: Donald J. Trump,

        Petitioner

      **BEFORE:**    Henderson, Pillard, and Rao, Circuit Judges

**O R D E R**

      Upon consideration of the petition for permission to appeal, the answer thereto, and the reply, it is

      **ORDERED** that the petition for permission to appeal be granted.  <u>See</u> 28 U.S.C. § 1292(b).  Grant of the petition is without prejudice to reconsideration by the merits panel.

      The Clerk is directed to transmit a certified copy of this order to the district court. The district court will file the order as a notice of appeal pursuant to Fed. R. App. P. 5 and collect the mandatory filing and docketing fee from appellant.  Upon payment of the fee, the district court is to certify and transmit the preliminary record to this court, after which the Clerk is directed to assign the case a general docket number and consolidate it with No. 26-7049 and No. 26-7052.

**<u>Per Curiam</u>**